

B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

## Eastern District of Michigan

In re  Tiffany Levette Gaither _____ ,
Debtor

Case No. 12-55543

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: CountryPlace Mortgage, LTD

Court claim no. (if known): 4

Last four digits of any number you use to identify the debtor's account: **1  3  5  4**

Date of payment change: 11/1/2012
Must be at least 21 days after date of this notice      mm/dd/yyyy

New total payment: $ 355.46
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ 60.19          New escrow payment: $ 56.42

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☐ No
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____ %          New interest rate: _____ %

Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☐ No
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____          New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☑ I am the creditor.      ☐ I am the creditor's authorized agent.
                                  (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _____     Date  06/24/2013
   Signature                                                                                       mm/dd/yyyy

Print:     Vittorio _____ _____ Cavaliere _____      Title  Collections Manager _____
           First Name          Middle Name          Last Name

Company    CountryPlace Mortgage, LTD _____

Address    15301 Spectrum Drive, Suite 550 _____
           Number          Street

           Addison _____ TX _____ 75001 ____
           City                            State      ZIP Code

Contact phone  (972) 763-5114 _____                          Email  vcavaliere@countryplacemortgage.com _____


**CountryPlace** MORTGAGE

15305 N. Dallas Pkwy #800
Dallas, TX 75001
Toll Free Line: (800) 228-1828

# Annual Escrow Account
## Disclosure Statement

Each year, CountryPlace Mortgage reviews your escrow account to determine the new monthly escrow payment and whether the account had an overage (excess funds) or a shortage (insufficient funds). We have completed this year's analysis and there is a shortage of $24.99 effective on your NOV/2012 Statement.

382877   0   662-1

 GAITHER TIFFANY
30252 ROUSSEAU
Novi MI 48377

## ACCOUNT NUMBER: 20110907101354

### History Of Actual Escrow Transactions To Your Account

| Paid Date | Escrow Payment | Escrow Disbursement | Escrow Balance |
|---|---|---|---|
| OCT 2011 | 75.14 | .00 | 580.34 |
| MAR 2012 | 406.38 | .00 | 986.72 |
| MAY 2012 | 60.19 | .00 | 1,046.91 |
| JUN 2012 | .00 | 677.00 | 369.91 |

### Estimates Of Next Disbursements

TO ESTIMATE NEXT YEAR'S DISBURSEMENTS THE AMOUNT LAST PAID FOR EACH TAXING JURISDICTION
TOTAL ESTIMATED DISBURSEMENTS IN THE NEXT 12 MONTHS: $677.00

### New Monthly Payment Breakdown

LOW BALANCE- YOUR MORTGAGE ALLOWS THE LOWEST BALANCE OF YOUR ESCROW ACCOUNT TO BE NO
NO MORE THAN 1/6TH OF THE TOTAL DISBURSEMENTS WHICH IS: $112.84

STARTING BALANCE NEEDED TO ENSURE LOW POINT..............................$   394.90
ESCROW ACCOUNT SHORTAGE ................................................$    24.99
CONTRACT PAYMENT AMOUNT.................................................$   299.04
ESTIMATED ESCROW PAYMENT AMOUNT........................................$    56.42
TOTAL NEW PAYMENT AMOUNT...............................................$   355.46

 CountryPlace
MORTGAGE

15305 N. Dallas Pkwy #800
Dallas, TX 75001
Toll Free Line: (800) 228-1828

Annual Escrow Account
Disclosure Statement

Each year, CountryPlace Mortgage reviews your escrow account to determine the new monthly escrow payment and whether the account had an overage (excess funds) or a shortage (insufficient funds). We have completed this year's analysis and there is a shortage of $24.99 effective on your NOV/2012 Statement.

382877  0  662·2

 GAITHER TIFFANY
30252  ROUSSEAU
Novi MI 48377

## Projections For The Next 12 Months

| Est.Paid Date | Est. Escrow Payment | Est. Escrow Disbursement | Est. Escrow Balance |
|---|---|---|---|
| NOV 2012 | 56.42 | .00 | 426.33 |
| DEC 2012 | 56.42 | .00 | 482.75 |
| JAN 2013 | 56.42 | .00 | 539.17 |
| FEB 2013 | 56.42 | .00 | 595.59 |
| MAR 2013 | 56.42 | .00 | 652.01 |
| APR 2013 | 56.42 | .00 | 708.43 |
| MAY 2013 | 56.42 | .00 | 764.85 |
| MAY 2013 | .00 | 677.00 | 87.85 |
| JUN 2013 | 56.42 | .00 | 144.27 |
| JUL 2013 | 56.42 | .00 | 200.69 |
| AUG 2013 | 56.42 | .00 | 257.11 |
| SEP 2013 | 56.42 | .00 | 313.53 |
| OCT 2013 | 56.42 | .00 | 369.95 |

NEW TOTAL MONTHLY PAYMENT: $355.46   EFFECTIVE DATE: NOV/2012   STATEMENT DATE: NOV/2012

YOUR ESCROW ANALYSIS INDICATED A SHORTAGE OF $24.99.   NO PAYMENT IS DUE.   THE SHORTAGE WILL BE ASSESSED ON NEXT ANALYSIS.